No. 73–7031. FOWLER *v.* NORTH CAROLINA. Sup. Ct. N. C. [Certiorari granted, *ante,* p. 963.] Motion of

Richard A. Heim for leave to file a brief as *amicus curiae* granted.